**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael ROBINSON, Defendant—Appellant.**

No. 08–7735.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2009.

Decided: March 26, 2009.

Michael Robinson, Appellant Pro Se. Brian Lee Whisler, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Robinson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson,* No. 3:03–cr–00194–HEH–1 (E.D.Va. Aug. 8, 2008). We deny Robinson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*